DNJ-Civ-017 (09/2016)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

NICOLA E CLARKE

    Plaintiff

      v.

MIDLAND CREDIT MANAGEMENT, INC.

    Defendant

Civil Action No. 2:20-cv-03800-ES-MAH

**ORDER OF DISMISSAL**

    This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, <u>see</u> Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty-day time period having passed without the Court having received the necessary papers;

    IT IS on this <u>30th   day</u> of <u> October</u> 2020,

    ORDERED that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

    ORDERED that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

                                              _s/Esther Salas_

                                              Esther Salas, U.S.D.J.